# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133862-3

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES FLANAGAN and
ANTHONY RAY,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133862-3
COA: 273489, 273490
Wayne CC: 06-100032-01
            06-100032-02

_____/

      On order of the Court, the application for leave to appeal the April 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

t0723

               Clerk